FILED
 2016 Mar-14  AM 09:33
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:15-cv-02133-JHE |
| MIDLAND FUNDING, LLC, et al., | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, with the parties to bear their own fees, costs, and expenses.

DONE this 14th day of March 2016.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE